JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CURTIS J. RICHARDSON, | Case No. 2:15-CV-07779 (VEB) |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor

1

JUDGMENT – RICHARDSON v COLVIN 2:15-CV-07779-VEB

1  and this case is REMANDED for further proceedings consistent with the Decision

2  and Order, *which proceedings shall be expedited*; and (4) this case is CLOSED

3  without prejudice to a timely application for attorneys' fees and costs.

4

5        DATED this 23rd day of August, 2016,

6

7                              /s/Victor E. Bianchini
                              VICTOR E. BIANCHINI
8                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20